# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Perry D Lowe <br> *Plaintiff* <br> v. <br> Jeffrey A Uttecht <br> *Defendant* | Civil Action No. 2:16-cv-00109-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Petition, ECF No. 4, DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson

pursuant to ECF No. 5, Order to Show Cause why Petition for Writ of Habeas Corpus should not be dismissed.

Date: 07/01/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler